FILED
United States Court of Appeals
Tenth Circuit

May 3, 2019

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RAYMOND GARCIA AGUILAR,

Defendant - Appellant.

No. 17-3192
(D.C. Nos. 5:16-CV-04077-JAR &
5:02-CR-40035-JAR-1)
(D. Kan.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.
_____

This matter is before us on the "Motion of the United States for Summary

Affirmance" ("Motion"). The United States moves for summary affirmance of the district

court's judgment based on this court's recent published decision in United States v.

Pullen, 913 F.3d 1270 (10th Cir. 2019), *en banc rev. denied* April 15, 2019. Defendant-

Appellant does not dispute that United States v. Greer, 881 F.3d 1241 (10th Cir. 2018)

and Pullen control the outcome of this appeal; Mr. Aguilar does not contest summary

_____

[*] After examining the appellate record, this panel has determined unanimously that
oral argument would not materially assist in the determination of this appeal.  *See*
Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G).  The case is therefore ordered submitted
without oral argument. This order and judgment is not binding precedent, except under
the doctrines of law of the case, res judicata, and collateral estoppel.  It may be cited,
however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R.
32.1.

affirmance of the district court's judgment, but he reserves the right to appeal this matter to the United States Supreme Court for further review.

In light of the foregoing, the Motion is GRANTED. Based on this court's decision in <u>Pullen</u>, the judgment of the district court is AFFIRMED.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Chris Wolpert
    Chief Deputy Clerk